**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7444

ROBERT EDWARD LEE SHELL,

                    Plaintiff - Appellant,

          v.

CHARLES PRUITT; WILLIAM MASSELLO, III, Doctor,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E. Conrad, District Judge.   (7:09-cv-00278-gec-mfu)

Submitted:  January 14, 2010        Decided:  January 21, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Edward Lee Shell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Lee Shell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint pursuant to 28 U.S.C. § 1915A(b)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shell v. Pruitt, No. 7:09-cv-00278-gec-mfu (W.D. Va. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2